# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Rent-A-Center East, Inc., and Rent Way, Inc.,
Petitioners,

v.

South Carolina Department of Revenue, Respondent.

Appellate Case No. 2019-000670

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from the Administrative Law Court
Harold W. Funderburk Jr., Administrative Law Judge

---

Opinion No. 27946
Heard February 12, 2020 – Filed February 19, 2020

---

## DISMISSED AS IMPROVIDENTLY GRANTED

---

John C. von Lehe Jr. and Bryson M. Geer, both of Nelson
Mullins Riley & Scarborough, LLP, of Charleston, for
Petitioners.

Sean G. Ryan and Jason P. Luther, both of South
Carolina Department of Revenue, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals'
decision in *Rent-A-Center East, Inc. v. South Carolina Department of Revenue*,
425 S.C. 582, 824 S.E.2d 217 (Ct. App. 2019). We now dismiss the writ as

improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**